**Order entered June 10, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00554-CV**

**IN RE AURELIA HEPPNER, Relator**

**Original Proceeding from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-21273**

**ORDER**

Before Justices Molberg, Pedersen, III, and Garcia

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

Having denied the petition, we also **DENY** relator's motion to stay as moot.

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE